No. 82–5959. BERTIE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 82–5960. SMART v. ALLSBROOK, SUPERINTENDENT, ODOM COMPLEX, ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5962. GAMBILL v. MARSHALL. C. A. 6th Cir. Certiorari denied.

No. 82–5964. ELENES-CARDENAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5966. WILSON v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 82–5967. WHIDDEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5969. MUMIN ET AL. v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 82–5970. MACON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5972. COTE v. EAGLE STORES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5973. COOK v. FLORIDA PAROLE AND PROBATION COMMISSION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 82–5975. KARKENNY v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 82–5976. JENKINS v. JAGO ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–5978. CUMMINGS v. INDIANA ET AL. C. A. 7th Cir. Certiorari denied.